Vella v Vella (2023 NY Slip Op 00556)

Vella v Vella

2023 NY Slip Op 00556

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

840 CA 22-00468

[*1]FRANK A. VELLA, PLAINTIFF-APPELLANT,
v
IRYNA M. VELLA, DEFENDANT-RESPONDENT. (APPEAL NO. 2.) 

KELLY WHITE DONOFRIO LLP, ROCHESTER (DONALD A. WHITE OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
MARILYN J. PALUMBO, ROCHESTER, FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), entered August 30, 2021 in a divorce action. The order awarded defendant attorney's fees. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Vella v Vella ([appeal No. 3] — AD3d — [Feb. 3, 2023] [4th Dept 2023]).
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court